# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 134
:
AMENDMENT OF § 81.505 OF THE : DISCIPLINARY RULES
PENNSYLVANIA INTEREST ON :
LAWYERS TRUST ACCOUNT : DOCKET
REGULATIONS :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of May, 2015, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Section 81.505 of the Pennsylvania Interest on Lawyers Trust Account Regulations is hereby amended as attached hereto. The Form for Pro Hac Vice Admission shall be modified to reflect the increase in the admission fee.

    To the extent that notice of the proposed amendment would be required by Pa.R.J.A. No. 103 or otherwise, the immediate amendment of Section 81.505 is required in the interest of justice and efficient administration.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on June 12, 2015.

Additions are shown in bold and are underlined.
Deletions are shown in bold and brackets.